"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No. SACR 08-85 JVS |
| Plaintiff,           ) | ORDER OF DETENTION |
| v.                                        ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |
| CAMERON MACKENZIE CARON,    ) | |
| Defendant.          ) | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable James V. Selna, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),      The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of sufficient bail resources and defendant's unauthorized departure from this judicial district (Petition, violation no. 9) (indicating the defendant is unlikely to comply with conditions of release and a flight risk); and

1 | B.     (X)     The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the nature of the charged offenses, which includes making multiple threats to harm co-defendant Brittany Pazanti (Petition, violations no. 4-7).

IT THEREFORE IS ORDERED that the defendant be detained pending the further proceedings.

Dated: April 23, 2009                                          /s/ Arthur Nakazato

                                                              ARTHUR NAKAZATO
                                              UNITES STATES MAGISTRATE JUDGE